IN THE UNITED STATES DISTRIC COURT FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case No. 8:24-CV-513-SDM-AEP

MIGUEL CARRILLO, JOE CABRERA AND KEVIN MIRELEZ,

        Plaintiff,

v.

NEUROREHAB SERVICES, LLC; SANAR MANAGEMENT LLC; SANAR MANAGEMENT, LLC; D/B/A NEURO REHAB SERVICES; WILLIAM ADRIAN YOUNG; LOIS A. PALIUCA; CARRIE CONNOLLY; DEBRA KULCHYCKI; RICHARD FONTAINE; SYED A. ASAD; NOMEN AZEEM; JEFFREY M. HIRSCH; JONATHAN WOODCOCK; ALFRED MANSOUR; KENT SABATOSE; TRE'VON YOUMAN; CRAIG LICHTBLAU; TIFFANY RUSZENAS; AND DAVID BRANDES,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, CRAIG LICHTBLAU, M.D., JEFFREY M. HIRSCH, and TIFFANY RUSZENAS (hereinafter "Defendants") and Plaintiffs, MIGUEL

CARRILLO, JOE CABRERA, and JEVIN MIRELEZ (hereinafter "Plaintiffs"), provide notice to the Court that they have reached a settlement on the claims Plaintiffs have asserted against Defendants, without an admission of liability, and with each side to bear their own attorneys' fees and costs.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by e-service, this 3rd day of February, 2025, to the following:  All Counsel of Record.

**ADAMS | COOGLER, P.A.**
1555 Palm Beach Lakes Blvd., Suite 1600
West Palm Beach, FL  33401-2329
Telephone:  (561) 478-4500
Facsimile:  (561) 478-7847
E-Mail Address:
SWarburton@adamscoogler.com and
MShramko@adamscoogler.com
Attorneys for Defendants, CRAIG LICHTBLAU, M.D., JEFFREY M. HIRSCH, and TIFFANY RUSZENAS

/s/Scott S. Warburton
Scott S. Warburton, Esquire
Florida Bar No.:  867268