119155-8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL CARRILLO, JOE
CABRERA, and KEVIN
MIRELEZ,                                                Civil Action No.: 8:24-CV-513-SDM-AEP

    *Plaintiffs*,
vs.

Neurorehab Services, LLC; et. al.,

    *Defendants.*
_____/

## NOTICE OF SETTLEMENT

Defendant, ALFRED MANSOUR, and Plaintiffs, MIGUEL CARRILLO, JOE CABRERA and KEVIN MIRELEZ, provide notice to the Court that they have reached a settlement on the claims Plaintiffs have asserted against Defendants, without an admission of liability, and with each side to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: **JEFFREY PRATT, ESQUIRE jpratt@jfdlawfirm.com**; on this **10th day of February, 2025.**

                                                   */S/ JORDAN S. COHEN, ESQUIRE*
                                                   Jordan S. Cohen, Esquire – FB #: 551872

WICKER SMITH O'HARA McCOY & FORD, P.A.
*Attorneys for Alfred Mansour*
9132 Strada Place, Suite 400
Naples, FL  34108
Telephone: (239) 552-5300
Facsimile:  (239) 552-5399
FTLcrtpleadings@wickersmith.com