# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Miguel Carrillo, Joe Cabrera, and
Kevin Mirelez,

    Plaintiffs,                                    Case No. 8:24-cv-513-SDM-AEP

v.

Nuerorehab Services, LLC, et al.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, Syed Asad, M.D. ("Dr. Asad") and Jonathan Woodcock, M.D. ("Dr. Woodcock") and Plaintiffs Miguel Carrillo, Joe Cabrera, and Jevin Mirelez, provide notice to the Court that they have reached a settlement on the claims Plaintiffs have asserted against Dr. Asad and Dr. Woodcock, without an admission of liability, and with each side to bear their own attorneys' fees and costs.

Dated: March 10, 2025

| | |
|---|---|
| /s/ Jeffrey E. Pratt | /s/ Asghar A. Syed |
| Jeffrey E. Pratt, Esq. | Asghar A. Syed, Esq. |
| Texas Bar. No. 16239980 | Florida Bar. No. 81735 |
| jpratt@jfdlawfirm.com | asyed@gunster.com |
| DeSouza Injury Lawyers | wpruim@gunster.com |
| 4047 Naco Perrin Suite 100 | Gunster, Yoakley & Stewart, P.A. |
| San Antonio, Texas 78217 | 1 Independent Drive, Suite 2300 |
| (210) 714-4215 – telephone | Jacksonville, Florida 32202 |

| | |
|---|---|
| (210) 496-0060 – facsimile | Telephone: (904) 350-1980 <br> Facsimile: (904) 350-5956 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, Dr. Syed A. Asad* |

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a true and correct copy to all counsel of record.

*/s/ Asghar A. Syed*
Attorney

ACTIVE:35583980.1

2